```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF ALABAMA
                         SOUTHERN DIVISION
```

**JAMES LEMLEY,** *et al.,*      \*
                                        \*
    **Plaintiffs,**                          \*
                                          \*
**vs.**                                                   \*       **CIVIL ACTION 08-00738-KD-B**
                                          \*
**MIDWEST AUTOMATION, INC.,**    \*
*et al.,*                              \*
                                         \*
    **Defendants.**                    \*

<u>**ORDER**</u>

This matter is before the Court on Plaintiffs' Motion to Stay (Doc. 116). In their motion, Plaintiffs request that the deadline for the parties' Rule 26(f) meeting and report be extended until *after* a ruling on Plaintiffs' Motion to Remand (Doc. 32). After a careful review of the instant motion, and the case file, the undersigned is satisfied that it is in the best interest of all parties to delay the parties' Rule 26(f) meeting and report until *after* a ruling on the Motion to Remand. Accordingly, for good cause shown, Plaintiffs' motion is **GRANTED,** in part. A new deadline for the parties' Rule 26(f) meeting and report scheduling order will be established, to the extent necessary, *after* the Court has ruled on the pending Motion to Remand.

DONE this **13th** day of **February, 2009.**

                                                      /s/ Sonja F. Bivins
                                         **UNITED STATES MAGISTRATE JUDGE**